OPINION — AG — ** ENFORCEMENT OFFICERS — RETIREMENT BENEFITS ** IN THE ABSENCE OF STATUTORY AUTHORITY THEREFOR, RETIRED ENFORCEMENT OFFICERS OF THE STATE BUREAU OF INVESTIGATION AND THE STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL ARE 'NOT' ENTITLED TO A TEN PERCENT (10%) INCREASE IN RETIREMENT BENEFITS EFFECTIVE JULY 1, 1981. (INVESTIGATORS, RETIREMENT) CITE: 47 O.S. 2-300 [47-2-300], 47 O.S. 2-309.1 [47-2-309.1] (BENEFITS) (JIMMY D. GIVENS)